

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-14-00314-CR

Armando **CARRION**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4953
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). This court previously issued an order setting a deadline for appellant to file a pro se brief if appellant desired to file such a brief. On July 22, 2014, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, No. PD-07-02-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014). Appellant's motion to access the record is GRANTED. It is ORDERED that the district clerk of Bexar County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2013CR4953 to appellant at **Armando Carrion #581853, Bexar County Detention Center, 200 N. Comal, San Antonio, TX. 78207**. It is FURTHER ORDERED that the district clerk file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court